BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MARK RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07- 00062-02- MJJ |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING SELF-SURRENDER DATE |
| MARK RICHARDSON, | |
| Defendant. | |

On March 20, 2008, Judge Martin Jenkins of this Court sentenced Mark Richardson to a term of 27 months in prison. The Bureau of Prisons has designated a facility for Mr. Richardson to surrender himself. Mr. Richardson recently suffered a death in his family, and wishes to attend the funeral. He anticipates that the family will set a date for the funeral shortly, and that it will take place within the next week to ten days. Pretrial Services Officer Hence Williams is presently supervising Mr. Richardson, and he has no objection to Mr. Richardson's request.

It is therefore STIPULATED AND AGREED that Mark Richardson's surrender date be extended from May 23, 2008 to June 6, 2008.

STIP/ORD                                                              1

SO STIPULATED.

Dated: May 20, 2008

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: May 20, 2008

/S/
_____
DEBORAH DOUGLAS
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that the date by which Mark Richardson must surrender to the custody of the Bureau of Prisons or the United States Marshals is extended from May 23, 2008 to June 6, 2008, before noon.

Dated: May 22, 2008

_____
D. Lowell Jensen
United States District Judge